```
                                          RECEIVED IN OFFICE OF
                                            ROBERT B. COLLINGS
                                           U.S. MAGISTRATE JUDGE

                                              NOV 2   2007

                                          UNITED STATES DISTRICT COURT
                                          BOSTON MASSACHUSETTS
```



# MEMORANDUM

**To:**     The Honorable Robert B. Collings, U.S. Magistrate Judge

**From:**   Jeffrey Smith, Senior U.S. Probation Officer

**Re:**     Sonya Cherry
            Dkt. 05-CR-10255
            **Request to Revoke Conditions of Release**

**Date:**   November 20, 2007

On November 14, 2007, the above-captioned individual appeared before Your Honor pursuant to a warrant for violations of the terms of her supervised release. At that time, the Court was notified that the probation department had submitted a request to rescind the warrant on October 17, 2007. This request was submitted to the Honorable Mark L. Wolf, Chief U.S. District Judge after the defendant had secured housing at the Nazareth Residence.

Your Honor may recall that the Defendant was released under conditions of release. Specifically, the defendant was ordered to reside only at the Nazareth House located at 91 Regent Street in Roxbury, Massachusetts. Ms. Cherry was ordered to not leave without permission from the probation department.

On November 19, 2007, the probation department was notified that Ms. Cherry was being terminated from the Nazareth House. The program staff advised this writer that Ms. Cherry was being asked to leave due her failure to abide by the rules of the program. Specifically, she left the program on Saturday November 17, 2007, and failed to return that evening. A meeting was scheduled at the program on November 19, 2007, and the defendant failed to report.

The probation department met with Ms. Cherry on November 20, 2007, to discuss her termination from the Nazareth House. Attempts to solidify a reporting schedule for Ms. Cherry were met with resistance and she the left the office prior to the termination of our meeting.

This memorandum is being submitted to the Court to request the issuance of a warrant as the defendant has failed to abide by the conditions of release imposed by the Court.

If Your Honor concurs, could you please indicate by signing below.

Reviewed and Approved by:

*BMcDonald*

Brian McDonald
Supervising U.S. Probation Officer

---

[ ✓ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

*[signature]*

The Honorable Robert B. Collings
U.S. Magistrate Judge